COLIN MUNRO (SBN 195520)
Email: cmunro@ccplaw.com
CARLSON CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: +1 (415) 391-3911
Fax: +1 (415) 391-3898

MARTIN H. MYERS (SBN 130218)
Email: mmyers@cov.com
GRETCHEN HOFF VARNER (SBN 284980)
Email: ghoffvarner@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: +1 (415) 591-6000
Fax: +1 (415) 591-6091

Attorneys for Plaintiff
GALLO GLASS COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GALLO GLASS COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>SPECIAL SHAPES REFRACTORY COMPANY, INC., and NIKOLAUS SORG GMBH & COMPANY KG,<br><br>             Defendant. | Case No.: 1:16-CV-01446-LJO-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NIKOLAUS SORG GMBH & COMPANY KG'S TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS**<br><br>Judge: District Judge Lawrence J. O'Neill<br>        Magistrate Judge Barbara A. McAuliffe<br><br>Complaint Filed:     September 28, 2016 |

Plaintiff Gallo Glass Company ("Gallo") and Defendant Nikolaus Sorg GmbH & Company KG ("Sorg") (specially appearing), by and through their attorneys of record in this case, hereby stipulate and agree that:

WHEREAS, a related action was filed by defendant Special Shapes Refractory Company, Inc. ("Special Shapes"), in the United States District Court for the Northern District of Alabama,

Case No. 2:16-cv-01563-RDP on September 21, 2016 ("the Alabama Action"), but in which Sorg is not named as a party;

WHEREAS, Gallo moved to transfer the Alabama Action to this judicial district by motion filed in the Alabama Action on September 28, 2016;

WHEREAS, Gallo filed its Complaint in this action on September 28, 2016;

WHEREAS, Gallo served its Complaint in this action on Sorg effective October 3, 2016, and Sorg's responsive pleading is presently due on October 24, 2016;

WHEREAS, the U.S. District Court for the Northern District of Alabama granted Gallo's motion to transfer the Alabama Action, and directed the action be transferred to the U.S. District Court for the Eastern District of California on October 17, 2016;

WHEREAS, the parties have discussed, but have not agreed on exactly how the Alabama Action will be consolidated with this matter, particularly as to whether Special Shapes' claims against Gallo will be pled as counter-claims to Gallo's Complaint in this action, or vice-versa;

WHEREAS, Sorg requested and Gallo agreed to an extension of time of 45 days, to allow for the transfer and consolidation of the Alabama Action, of which Sorg is not a party, before Sorg responds to the Complaint in this action;

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, no extension of time for Sorg to respond to the Complaint has been requested previously;

WHEREAS, Local Rule 144(a) of the United State District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint, and requires Court approval if the extension is longer than 28 days;

///

///

///

///

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Gallo and Sorg, through their respective counsel, that Sorg may file its responsive pleading on or before Thursday, December 8, 2016.

**IT IS SO STIPULATED.**

Dated: October 21, 2016     **DUANE MORRIS LLP**

By: */s/Robert C. Hendrickson (as authorized on 10/18/16)*
Robert C. Hendrickson

*Attorneys for Defendant*
NIKOLAUS SORG GMBH & COMPANY KG

Dated: October 21, 2016     **COVINGTON & BURLING LLP**

By: */s/Martin H. Myers (as authorized on 10/18/16)*
Martin H. Myers

*Attorneys for Plaintiff*
GALLO GLASS COMPANY

## ORDER

The Court, having duly considered the stipulation of Plaintiff Gallo Glass Company and Defendant Nikolaus Sorg GmbH & Company KG set forth above, and good cause appearing, orders as follows:

Defendant Sorg's deadline to file a responsive pleading to Plaintiff's Complaint is extended to December 8, 2016.

**IT IS SO ORDERED.**

Dated: **October 21, 2016**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE