MARTIN H. MYERS (SBN 130218)
Email: *mmyers@cov.com*
GRETCHEN HOFF VARNER (SBN 284980)
Email: *ghoffvarner@cov.com*
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: +1 (415) 591-6000
*Attorneys for Plaintiff GALLO GLASS COMPANY*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLO GLASS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SPECIAL SHAPES REFRACTORY COMPANY, INC., and NIKOLAUS SORG GMBH & COMPANY KG,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Civil Case No.: 1:16-cv-01446-LJO-BAM<br><br>**JOINT STIPULATION AND ORDER REGARDING DISCOVERY**<br><br>District Judge Lawrence J. O'Neill<br>Magistrate Judge Barbara A. McAuliffe<br><br>*Complaint Filed: September 28, 2016*<br>*Trial Date: June 4, 2019* |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Gallo Glass Company; Defendant, Cross-Claimant, and Cross-Defendant Special Shapes Refractory Company, Inc.; and Defendant, Cross-Claimant, and Cross-Defendant Nikolaus Sorg GmbH & Company KG (collectively, the "Parties"), through their respective counsel of record, that:

I.     **RESOLUTION OF DISCOVERY DISPUTES**

The Parties hereby stipulate and agree that all discovery disputes shall be resolved in the first instance through informal telephonic conference pursuant to Paragraph 6 of Hon. Barbara A. McAuliffe's standard Case Management Procedures.  In the event of a discovery dispute, following a good faith effort to meet and confer with all parties (in voice to voice dialog; other forms of communications are not sufficient), the party contending there is a dispute (i.e., the party that would have the burden of moving the court to resolve such dispute) shall obtain available teleconference dates and times from Judge McAuliffe's courtroom deputy, agree upon a date and time with opposing counsel, and confirm with the courtroom deputy when the parties will call in.  At least forty-eight (48) hours prior to the date and time of the teleconference, the parties shall e-mail Judge McAuliffe's chambers (*bamorders@caed.uscourts.gov*) a two-page synopsis of their dispute in a letter or memo format (no exhibits or attachments).  The Parties agree to abide by the resolution determined by Judge McAuliffe at such telephonic conference.  In the event Judge McAuliffe determines that a dispute cannot be resolved by such informal procedures, the Parties reserve the right to seek all formal relief provided for under the Federal Rules of Civil Procedure and the relevant Local Rules, consistent with the Court's direction.

In the event this case is reassigned to another Magistrate Judge for any reason, the Parties agree to confer in good faith to agree upon substitute procedures for the resolution of discovery disputes consistent with their obligations under this agreement and such Magistrate Judge's Case Management Procedures.

II.    **DOCUMENT PRODUCTION PROTOCOL**

The Parties hereby stipulate and agree that they will follow the following protocol for production of electronically stored information and hard-copy documents:

**(a)     Hard-Copy (or Paper) Documents:**  Hard-copy documents shall be produced as single-page TIF image files with related searchable OCR text and bibliographic information. All images should be Bates numbered. Hard-copy documents

must be produced as they are kept, reflecting page breaks, document breaks, attachment relationships between documents and information about the file folders within which the document is found.

    **(b)** **E-Mail and Electronic Messages:** E-mail and other electronic messages (e.g., instant messages (IMs)) shall be deduplicated and produced in single page TIF format with a Concordance load file and .txt files, with the following metadata fields: (1) BegProd - starting production Bates number; (2) EndProd - ending production Bates number; (3) BegAttach - starting attachment range; (4) EndAttach - ending attachment range; (5) Custodian - custodian; (6) Author - author of email or other message; (7) Recipient - recipient(s) of email or other message; (8) CC - copied recipient(s) of email or other message; (9) BCC - blind copy recipient(s) of email or other message; (10) Subject / File Name - subject or file name of email or other message; (11) Date Sent - date email or other message sent; (12) Time Sent - time email message sent, as measured by sender's local time; (13) DateRec - date email or other message received; (14) TimeRec - time email message received, as measured by recipient's local time; (15) CreateDate - creation date of loose electronic file; (16) CreateTime - creation time of loose electronic file; (17) ModDate - last modified date of loose electronic file; (18) ModTime - last modified time of loose electronic file; (19) ModAuthor - author who last modified or saved the document; (20) FileName - file name of loose electronic file; (21) PageCount - number of pages; (22) MD5Hash - unique document identifier; hash code; (23) Sha1Hash - hash code; (24) Confidentiality - stamp applied to footer if document is marked Confidential per the Stipulation for Protective Order and Protective Order; (25) Application Name - software used to access the native file; (26) Document Extension - operating system identifier as appearing in the native filename suffix; and (26) File Size - size of file produced. The Parties reserve the ability to request that additional metadata fields be set forth or provided for certain specified electronic documents upon review of another Party's production. The Parties reserve their respective rights to object to any such request.

**(c)** **Electronic Documents:** Electronic documents, including word-processing documents, spreadsheets, presentations, photographs, and all other electronic documents not specifically discussed elsewhere, shall be produced in native form and single-page TIF format with a Concordance load file and .txt files with the same metadata fields listed in Section (b) above where available. The Parties reserve the ability to request that additional metadata fields be set forth or provided for certain specified electronic documents upon review of another Party's production. The Parties reserve their respective rights to object to any such request.

**(d)** **Spreadsheets:** Spreadsheets shall be produced in native format (e.g., as .XLS files) with Bates numbered placeholder single-page TIF images included in the production transmittal along with related searchable text and metadata and bibliographic information as listed in Section (b) above where available.

**(e)** **Presentations:** Presentations shall be produced in full slide image format along with speaker notes, with any speaker notes following the full images of the slides (to both ease review and reduce volume and costs of production) with related searchable text and metadata and bibliographic information. Presentations shall be produced in native format (e.g., as .PPT files) and single-page TIF format with related searchable text and metadata and bibliographic information as listed in Section (b) above where available.

**(f)** **Design or Technical Documents:** Design or Technical Documents that cannot be accessed absent proprietary and/or specialized software (e.g. DWG or 3D images) shall be produced in native format and produced in single-page TIF format with related searchable text and metadata and bibliographic information as listed in Section (b) above where available.

**(g)** **Video Files:** Video files should be produced in native format with Bates numbered placeholder single-page TIF images included in the production transmittal along with related searchable text and metadata and bibliographic information as listed in Section (b) above where available.

**(h)     Audio Files:** Audio files (e.g. voice messages, recorded phone conversations, or similar recordings) should be produced in native format with Bates numbered placeholder single-page TIF images included in the production transmittal along with related searchable text and metadata and bibliographic information as listed in Section (b) above where available.

Dated: March 31, 2017

**COVINGTON & BURLING LLP**

By:   /s/ Gretchen Hoff Varner
    MARTIN H. MYERS
    Email: *mmyers@cov.com*
    GRETCHEN HOFF VARNER
    Email: *ghoffvarner@cov.com*
    One Front Street, 35th Floor
    San Francisco, California 94111
    Telephone: +1 (415) 591-6000
*Attorneys for GALLO GLASS COMPANY*

Dated: March 31, 2017

**LORBER GREENFIELD & POLITO LLP**

By:   /s/ Lisa G. Schlittner
    (as authorized on March, 30, 2017)
    LISA G. SCHLITTNER
    Email: *lgs@lorberlaw.com*
    150 Post Street, Suite 700
    San Francisco, CA 94108
    Telephone: +1 (877) 229-9800
*Attorneys for SPECIAL SHAPES REFRACTORY COMPANY*

| | | |
|---|---|---|
| Dated: March 31, 2017 | | **GREEN & HALL LLP** |
| | By: | /s/ Joshua H. Willert |
| | | (as authorized on March 30, 2017) |
| | | EDWARD R. HUGUENIN |
| | | Email: *ehuguenin@greenhall.com* |
| | | ROBERT J. KHAN |
| | | Email: *rkahn@greenhall.com* |
| | | JOSHUA H. WILLERT |
| | | Email: *jwillert@greenhall.com* |
| | | 3741 Douglas Blvd., Suite 290 |
| | | Roseville, CA 95661 |
| | | Telephone: +1 (916) 367-7098 |
| | | *Attorneys for NIKOLAUS SORG GMBH & COMPANY KG* |
| Dated: March 31, 2017 | | **DUANE MORRIS LLP** |
| | By: | /s/ Brendan Ruddy |
| | | (as authorized on March 30, 2017) |
| | | ROBERT C. HENDRICKSON |
| | | Email: *rchendrickson@duanemorris.com* |
| | | BRENDAN RUDDY |
| | | Email: *bpruddy@duanemorris.com* |
| | | One Market Plaza, Spear Tower, Ste 2200 |
| | | San Francisco, CA 94105 |
| | | Telephone: +1 (415) 957-3000 |
| | | *Attorneys for NIKOLAUS SORG GMBH & COMPANY KG* |

## ORDER

The Stipulation for resolution of discovery disputes and discovery protocols is APPROVED.

IT IS SO ORDERED.

Dated: __April 6, 2017__            _____/s/ Barbara A. McAuliffe_____
                                    UNITED STATES MAGISTRATE JUDGE