1 | COLIN MUNRO (SBN 195520)
Email: cmunro@ccplaw.com
2 | CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
3 | San Francisco, California 94111
Telephone: +1 (415) 391-3911
4 | Facsimile: +1(415) 391-3898

5 | MARTIN H. MYERS (SBN 130218)
Email: mmyers@cov.com
6 | GRETCHEN HOFF VARNER (SBN 284980)
Email: ghoffvarner@cov.com
7 | COVINGTON & BURLING LLP
One Front Street, 35th Floor
8 | San Francisco, California 94111-5356
Telephone: +1 (415) 591-6000
9 | Fax: +1 (415) 591-6091

10 | Attorneys for Plaintiff
GALLO GLASS COMPANY

11

12 | UNITED STATES DISTRICT COURT

13 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14   GALLO GLASS COMPANY, | ) CASE NO.: 1:16-cv-01446-LJO-BAM |
| | ) |
| 15          Plaintiff, | ) **STIPULATION AND ORDER TO REVISE** |
| | ) **DISCOVERY DEADLINES IN COURT'S** |
| 16          vs. | ) **JANUARY 25, 2017 SCHEDULING** |
| | ) **CONFERENCE ORDER** |
| 17   SPECIAL SHAPES REFRACTORY | ) |
|     COMPANY, INC., and NIKOLAUS SORG | ) Dept.: Courtroom 8 |
| 18   GMBH & COMPANY KG, | ) Judge: District Judge Lawrence J. O'Neill |
| | )         Magistrate Judge Barbara A. McAuliffe |
| 19          Defendants. | ) |
| | ) Complaint Filed: September 28, 2016 |
| 20 | ) Trial Date:       June 4, 2019 |
| | ) |
| 21 | ) |

22

23

24

25

26

27

28

---

**STIPULATION AND ORDER TO REVISE DISCOVERY DEADLINES IN SCHEDULING CONFERENCE ORDER**
**CASE NO.: 1:16-CV-01446-LJO-BAM**

Plaintiff, GALLO GLASS COMPANY ("Gallo"), Defendant, Cross-Claimant, and Cross-Defendant, NIKOLAUS SORG GMBH & COMPANY KG ("Sorg") and Defendant, Cross-Claimant, and Cross-Defendant, SPECIAL SHAPES REFRACTORY COMPANY, INC. ("SSRC") by and through their attorneys of record in this case, hereby stipulate and agree as follows:

WHEREAS this Court conducted a scheduling conference on January 10, 2017 with all parties and issued a Scheduling Conference Order ("SCO") on January 25, 2017.

WHEREAS In paragraph 8 of the SCO the Court expressly provided:

> "This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments made be made, either by stipulation or by subsequent status conference."

ALL PARTIES TO THE ABOVE-ENTITLED ACTION have cooperated and continue to cooperate with each other in discovery and attempts to mediate this case, and have agreed to and scheduled a mediation with Judge Westerfield at JAMS on May 29 and 30, 2018. Given the parties scheduled mediation, they have agreed to revised discovery deadlines as set forth below. This will allow the partied to engage in and focus on a fruitful mediation, rather than costly pre-trial preparations, to provide the best opportunity to explore resolution without the press of case deadlines. In accordance with the Court's instruction in the SCO and pursuant to agreement with all parties in the above-captioned case, the parties have agreed to the following revised dates:

- Expert Disclosure will be due July 16, 2018;
- Supplemental Expert Disclosure will be July 30, 2018;
- Non-Expert Discovery Cutoff will be September 20, 2018;
- Expert Discovery Cutoff will be December 17, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED by, between and amongst the Parties, and through their respective counsel of record that the relevant discovery dates stated below be changed by court order:

- Expert Disclosure will be due July 16, 2018;

2

**STIPULATION AND ORDER TO REVISE DISCOVERY DEADLINES IN SCHEDULING CONFERENCE ORDER**
**CASE NO.: 1:16-CV-01446-LJO-BAM**

- Supplemental Expert Disclosure will be July 30, 2018;
- Non-Expert Discovery Cutoff will be September 20, 2018;
- Expert Discovery Cutoff will be December 17, 2018.

IT IS SO STIPULATED.

Dated: April 16, 2018        CARLSON, CALLADINE & PETERSON LLP

By: /s/ Colin Munro
    COLIN MUNRO
    *Attorneys for Plaintiff*
    GALLO GLASS COMPANY

Dated: April 16, 2018        COVINGTON & BURLING LLP

By: /s/ Martin H. Myers
    MARTIN H. MYERS
    *Attorneys for Plaintiff*
    GALLO GLASS COMPANY

Dated: April 16, 2018        LORBER GREENFIELD & POLITO, LLP

By:   /s/ Lisa Schlittner
    LISA M. CAPPELLUTI, ESQ.
    LISA G. SCHLITTNER, ESQ.
    *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
    SPECIAL SHAPES REFRACTORY COMPANY

Dated: April 16, 2018        DUANE MORRIS, LLP

By:   /s/ Robert C. Hendrickson
    ROBERT C. HENDRICKSON, ESQ.
    BRENDEN RUDDY, ESQ.
    *Attorneys for Defendant, Cross-Claimant, and Cross-Defendant*
    NIKOLAUS SORG GMBH & COMPANY KG

Dated: April 16, 2018        HALL HUGUENIN

By:   /s/ Joshua Willert

3

**STIPULATION AND ORDER TO REVISE DISCOVERY DEADLINES IN SCHEDULING CONFERENCE ORDER**
**CASE NO.: 1:16-CV-01446-LJO-BAM**

JOSHUA H. WILLERT, ESQ.
*Attorneys for Defendant, Cross-Claimant, and Cross-Defendant*
NIKOLAUS SORG GMBH & COMPANY KG

**ORDER**

The Court, having duly considered the stipulation of the Parties as set forth above, and good cause appearing therefore, orders that the Parties deadlines shall be amended as follows:

Expert Disclosure will be due July 16, 2018;

Supplemental Expert Disclosure will be due July 30, 2018;

Non-Expert Discovery Cutoff will be September 20, 2018;

Expert Discovery Cutoff will be December 17, 2018

No further extensions will be granted absent good cause. All other dates in the Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated: **April 16, 2018**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

4

**STIPULATION AND ORDER TO REVISE DISCOVERY DEADLINES IN SCHEDULING CONFERENCE ORDER**
**CASE NO.: 1:16-CV-01446-LJO-BAM**

STIPULATION AND ORDER TO REVISE DISCOVERY DEADLINES IN SCHEDULING CONFERENCE ORDER
CASE NO.: 1:16-CV-01446-LJO-BAM